1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

      Petitioner,                    No. CIV S-07-0550 LKK GGH P

   vs.

M.C. KRAMER, Warden,

      Respondent.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        Petitioner has filed, in addition to a habeas petition, a motion for a stay and abeyance of the petition, pending exhaustion of state court remedies. Respondent is directed to file a response to petitioner's motion within thirty days.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is granted;

1

2. Respondents are directed to file a response to petitioner's motion for a stay and abeyance of his habeas petition within thirty days from the date of this order.

3. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and a copy of "application for stay....," filed on March 21, 2007, upon Michael Patrick Farrell, Senior Assistant Attorney General.

DATED:  4/6/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
hamp0550.100