IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                        No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,             <u>ORDER</u>

    Respondent.

_____/

The motion for reconsideration is DENIED.

DATED: September 20, 2007

                                          <u>/s/ Arthur L. Alarcón</u>
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation