IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                          No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                       <u>ORDER</u>

    Respondent.

_____/

    Petitioner Armster Hampton is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 31, 2007, Petitioner filed a motion for stay and abeyance. The court requests that Respondent file a response to Petitioner's motion prior to issuing a ruling.

    Therefore, IT IS HEREBY ORDERED that Respondent file a response to Petitioner's October 31, 2007, motion for stay and abeyance within thirty-five (35) days from the date of this order.

/////

DATED: November 8, 2007

                                                        /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation