IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                                   No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                        <u>ORDER</u>

    Respondent.

_____/

      On March 21, 2007, Petitioner Armster Hampton, a state prisoner proceeding pro se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, Mr. Hampton also filed a motion for stay and abeyance of his federal habeas petition. On September 5, 2007, this court denied that motion. On October 31, 2007, Mr. Hampton again requested a stay and abeyance or, alternatively, an extension of time to file a traverse. Mr. Hampton's request will again be denied.

      In accordance with the above, IT IS HEREBY ORDERED that:

          1. Mr. Hampton's October 31, 2007, motion for stay and abeyance of this proceeding is denied; and

          2. Mr. Hampton's traverse is due within thirty-five (35) days of the date of this order.

DATED: December 19, 2007          /s/ Arthur L. Alarcón
                                               UNITED STATES CIRCUIT JUDGE
                                               Sitting by Designation