IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,               No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,

    Respondent.          <u>ORDER</u>

_____/

    On January 10, 2008, Petitioner Armster Hampton, a state prisoner proceeding pro se, filed a second request for an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 10, 2008, request for an extension of time is granted; and

    2. Petitioner shall file a traverse on or before March 3, 2008.

/////

DATED: January 15, 2008

                                      <u>Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation