IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                         No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                <u>ORDER</u>

    Respondent.

_____/

    Petitioner Armster Hampton is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion for an extension of time to file a traverse. Good cause appearing, that request will be granted.

    In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's February 14, 2008, motion for an extension of time to file a traverse is granted; and

        2. Petitioner shall file a traverse within sixty-three (63) days of the date of this order.

/////

DATED: February 15, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation