IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON

     Petitioner,                      Case No. 2:07-cv-00550 ALA (HC)

     vs.

M.C. KRAMER,                         ORDER

     Respondent.

_____/

     Petitioner Armster Hampton, is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254. On May 29, 2008, Mr. Hampton filed a document entitled "Notice of Exhaustion" (Doc. No. 34). Respondent is hereby ORDERED to file a response to this document, on or before June 17, 2008, addressing the question whether the Court should consider his claim under *Cunningham v. California*, 549 U.S. 270 (2007) as exhausted.

///

DATED: June 4, 2008

                                     /s/ Arthur L. Alarcón

                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation