IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                                     No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                     <u>ORDER</u>

    Respondent.
_____/

        On June 30, 2008, petitioner filed a motion for leave to expand the record (Doc. 37). Respondent is ordered to file a response within 21 calendar days.

/////

DATED: July 10, 2008

                                                                 /s/ Arthur L. Alarcón
                                                                 UNITED STATES CIRCUIT JUDGE
                                                                 Sitting by Designation