IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                                     No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                      <u>ORDER</u>

    Respondent.

_____/

        On August 4, 2008, respondent filed a motion for protective order to file under seal petitioner's probation report (Doc. 41). Good cause appearing, respondent's motion for protective order is GRANTED and petitioner's probation report is filed under seal.

/////

DATED: August 6, 2008

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation