IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                     No. 2:07-cv-00550 ALA HC

    vs.

M.C. KRAMER, Warden,                <u>ORDER</u>

    Respondent.

_____/

    On August 4, 2008, petitioner filed a motion for evidentiary hearing (Doc. 44). Respondent is ordered to file a response within 21 calendar days.

/////

DATED: August 6, 2008

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation