IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMSTER HAMPTON, | | |
| Petitioner, | | No. 2:07-cv-00550 ALA (HC) |
| vs. | | |
| M.C. KRAMER, Warden, | | ORDER |
| Respondent. | | |
| _____/ | | |

On June 30, 2008, Petitioner filed a Motion for Leave to Expand the Record (Doc. No. 37). On August 7, 2008, this Court denied the Motion for Leave to Expand the Record (Doc. No. 47). Petitioner now files a Reply to Respondent's Opposition to Expand the Record (Doc. No. 48). Because the Court has already denied Petitioner's Motion for Leave to Expand the Record (Doc. No. 37), the Reply to Respondent's Opposition to Expand the Record (Doc. No. 48) is denied as moot.

/////

DATED: August 18, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation