IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                          Case No. 2:07-cv-00550 ALA (HC)

    vs.

M.S. EVANS, Warden,           **ORDER & WRIT OF HABEAS CORPUS**

    Respondents.[1]                 **AD TESTIFICANDUM**

_____/

    Armster Hampton, CDCR # P-99593, is a necessary party to an evidentiary hearing before this Court. Armster Hampton is confined at Folsom State Prison, 300 Prison Road, Represa, California 95671, and is in the custody of Warden M.S. Evans.

    To secure Armster Hampton's attendance at the upcoming evidentiary hearing, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding Warden M.S. Evans to produce the inmate at the United States Courthouse, 501 "I" Street, Sacramento, California on February 10, 2009, at 11:00 a.m. before Judge Arthur L. Alarcón.

    Accordingly, IT IS HEREBY ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court,

---

[1] M.S. Evans is substituted for his predecessor, M.C. Kramer, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. Accordingly, the Clerk of Court is directed to amend the caption in this case to reflect this change.

1  commanding Warden M.S. Evans to produce Armster Hampton, CDCR # P-99593, to
2  the United States District Court on the date, and at the time and place above, and from
3  day to day until completion of the evidentiary hearing or as ordered by this Court; and
4  thereafter to return Armster Hampton to Folsom State Prison; and
5  2. The Court Clerk fax this Writ of Habeas Corpus ad Testificandum to Folsom State
6  Prison, Records Department, Out-to-Court Desk, 916-351-3008 (fax number).
7  /////

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: WARDEN M.S. EVANS**, Folsom State Prison, 300 Prison Road, Represa, CA 95671.

**YOU ARE COMMANDED** to produce the inmate named above to testify before the United States District Court on the date, and at the time and place above, and from day to day until completion of the proceedings or as ordered by this Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify this Court of any change in Armster Hampton's custody.

/////

DATED: December 31, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation