IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMSTER HAMPTON, | | |
| | Petitioner, | Case No. 2:07-cv-00550 ALA (HC) |
| | vs. | |
| M.C. KRAMER, Warden, | | <u>ORDER</u> |
| | Respondent. | |

On October 16, 2008, this Court granted Petitioner's request for a limited evidentiary hearing regarding his claim of ineffective assistance of counsel during the plea bargaining stage of the proceedings against him in the Superior Court of California, County of San Joaquin. (Doc. 52). In connection with this evidentiary hearing, Petitioner seeks leave to conduct limited discovery pursuant to Rule 6 of the Rules Governing Habeas Corpus Cases Under Section 2254. (Doc. 59).

In compliance with Rule 6(b) of the Rules Governing Habeas Corpus Cases Under Section 2254, Petitioner requests production of following documents from the Office of the District Attorney, San Joaquin County:

    (1)    All notes, whether handwritten, typed or in electronic form, that embody, memorialize, or refer or relate to, any Plea Offer or any Potential Sentence.

    (2)    All notes, whether handwritten, typed or in electronic form, that embody, memorialize, or refer or relate to, any discussions between the District Attorney's Office and the

                    Defendant or Defense Counsel regarding any Plea Offer or any Potential Sentence.

      (3)      All written communications, whether in paper or electronic form, between the District Attorney's Office and the Defendant or Defense Counsel regarding any Plea Offer or any Potential Sentence.

      (4)      A copy of the Defendant's criminal history that was referenced by the District Attorney's Office in connection with any Plea Offer or any Potential Sentence.

(*Id*.).

    Petitioner's counsel reports that he has conferred with counsel for Respondent regarding the foregoing discovery request, and that this discovery motion will not be opposed. (*Id*.).

    Good cause shown, IT IS HEREBY ORDERED that:

1. Petitioner's motion, which seeks leave to serve a subpoena duces tecum on the Office of the District Attorney, San Joaquin County is GRANTED; and

2. Petitioner's subpoena duces tecum is limited to the foregoing documents.

/////

DATED: December 30, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation