IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                                Case No. 2:07-cv-00550 ALA (HC)

    vs.

M.S. EVANS, Warden,                        **ORDER**

    Respondents.

_____/

        In the Court's order of October 16, 2008, granting Petitioner's motion for an evidentiary hearing, the Court indicated that "[a]ny objections to exhibits may be raised at the hearing," scheduled for February 10, 2009. (Doc. 52 at 11:23). On January 12, 2009, Petitioner filed an exhibit list which lists 54 exhibits Petitioner intends to rely on at the evidentiary hearing. (Doc. 65). Respondents have not filed an exhibit list.

        Rather than raising objections, if any, for the first time on the day of the hearing, the Court would like Respondents to file their objections to Petitioner's exhibits, if any, on or before Friday, February 6, 2009, so the Court will have an opportunity to review the objections and prepare tentative rulings, where appropriate, prior to the hearing.

        IT IS SO ORDERED.

DATED: February 3, 2009

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation