IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                               Case No. 2:07-cv-00550 ALA (HC)

vs.

MICHAEL S. EVANS, Warden,          **ORDER**

    Respondent.

_____/

On February 10, 2009, this Court held an evidentiary hearing in connection with Petitioner Armster Hampton's claim that he received ineffective assistance of counsel during the plea bargaining stage of the proceedings against him in the Superior Court of California, County of San Joaquin. The Court ordered the parties to submit a post-hearing brief, and directed the court reporter, Kathy Swinhart, to provide the Court and parties a copy of the transcript as soon as possible. (Doc. 72).

In relevant part, 28 U.S.C. § 753(f) provides that, "[f]ees for transcripts furnished in . . . habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes." Petitioner proceeds *in forma pauperis* with the instant application for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2254(a). Therefore, Petitioner shall be furnished with a copy of the

1

1 evidentiary hearing transcript at the expense of the United States.

2      Accordingly, IT IS HEREBY ORDERED that the court reporter, Kathy Swinhart,
3 provide Petitioner a copy of the transcript at no cost, and that the associated fees be paid by the
4 United States.

5 /////

6 DATED: February 18, 2009

                                    /s/ Arthur L. Alarcón
                                    _____
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation