IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

    Petitioner,                               Case No. 2:07-cv-00550 ALA (HC)

    vs.

MICHAEL S. EVANS, Warden,          **ORDER**

    Respondent.

_____/

    Petitioner's motion seeking leave to file a post-hearing reply brief on or before Tuesday, March 10, 2009, of no more than three (3) pages, replying to certain arguments made in Respondent's Post-Evidentiary Hearing Brief is hereby GRANTED.

/////

DATED: March 6, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation