IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMSTER HAMPTON,

        Petitioner,               Case No. 2:07-cv-00550 ALA (HC)

        vs.

MICHAEL S. EVANS, Warden,        ORDER

        Respondent.

_____/

        The motion for a Certificate of Appealability filed June 20, 2013 is DENIED..

/////

DATED: June 25, 2013

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation